UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FABIAN SANTIAGO,

    Plaintiff,

v.

JONATHON WALLS, *et al.*,

    Defendant.

Case No. 02-cv-784-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court on a June 29, 2005, letter from plaintiff Fabian Santiago, which the Court has construed as a motion to refund the $255 he paid to proceed on an interlocutory appeal in this case (Doc. 145). He believes that since the Court of Appeals dismissed his interlocutory appeal for lack of jurisdiction, he is not obligated to pay the filing fee. He is wrong. The obligation to pay the filing fee accrues when the notice of appeal is filed regardless of the ultimate disposition of the appeal. *See Bell v. Clark*, 194 F.3d 781, 781-82 (7th Cir. 1999). For this reason, the Court **DENIES** Santiago's motion for a refund of his filing fee (Doc. 145).

**IT IS SO ORDERED.**
**DATED: July 11, 2005**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**