IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FABIAN SANTIAGO, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 02-CV-784-JPG |
| JONATHAN R. WALLS, et al., | ) |
| Defendants. | ) |

## ORDER

**FRAZIER, Magistrate Judge:**

Before the Court are pending motions. The Notice of Interlocutory Appeal (Doc. No. 133) confers jurisdiction on the Court of Appeals and divests this Court of its control over those aspects of the case involved in the appeal. *Kusay v. United States*, 62 F.3d 192, 193 (7th Cir. 1995). Because the motions before the Court do not touch on the aspects of this case that are involved in the interlocutory appeal, the motions are considered.

Plaintiff seeks an order directing officials at Stateville Correctional Center to provide regular access to the prison law library in order to prepared for trial. Because it does not appear that this Court has authority to resolve a dispute between plaintiff and a nonparty regarding the conditions of plaintiff's confinement at Stateville Correctional Center, this motion (Doc. No. 147) is DENIED.

Also pending is a motion to strike a stipulation regarding witness attendance fees. Because there is no stipulation regarding witness attendance fees, this motion (Doc. No. 148) is MOOT.

SO ORDERED.

DATED:   October 13, 2005   .

s/Philip M. Frazier
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE