UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FABIAN SANTIAGO,

    Plaintiff,

v.

JONATHON WALLS, *et al.*,

    Defendant.

Case No. 02-cv-784-JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Fabian Santiago's ("Santiago") motion for reconsideration (Doc. 152), which the Court construes as an objection to Magistrate Judge Frazier's order of October 17, 2005 (Doc. 150), pursuant to 28 U.S.C. § 636(b)(1)(A). The defendants have not responded to the objection.

A district court reviewing a magistrate judge's decision on nondispositive issues should only modify or set aside that decision if it is clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). Accordingly, the Court will affirm Magistrate Judge Frazier's decision unless his factual findings are clearly erroneous or his legal conclusions are contrary to law. *Id.*

Santiago objects to Magistrate Judge Frazier's denying his motion for an order directing officials at Stateville Correctional Center to provide regular access to the prison law library so that Santiago can prepare for trial. He also objects to Magistrate Judge Frazier's denying his motion to strike a stipulation that does not exist.

The Court has reviewed Magistrate Judge Frazier's order and finds that it is not clearly erroneous or contrary to law. Accordingly, the Court **DENIES** Santiago's objections (Doc. 152) and **AFFIRMS** Magistrate Judge Frazier's October 17, 2005, order.

The Court has reviewed the matters at issue in this order and has determined that they involve aspects of the case that are ancillary to the discrete issue on Santiago's interlocutory appeal of the Court's denial of his motion for a preliminary injunction. *See May v. Sheahan*, 226 F.3d 876, 879 (7th Cir. 2000). Accordingly, the Court has jurisdiction to enter this order.

**IT IS SO ORDERED.**
**DATED: January 17, 2005**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**