UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FABIAN SANTIAGO,<br><br>   Plaintiff,<br><br>   v.<br><br>JONATHON R. WALLS, CAPTAIN RAMAGE, C/O MICHAEL KEYS, GARY REDNOUR, C/O BUTLER, JOHN DOES 1, 2 and 3, DR. JOHN DOE, C/O RAYMOND COX and C/O STEPHEN JINES,<br><br>   Defendants. | Case No. 02-cv-784-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, a jury having rendered a verdict as to some claims and the Court having rendered a decision as to others,

IT IS HEREBY ORDERED AND ADJUDGED that Count 1, plaintiff Fabian Santiago's claim against defendants Jonathan Walls, Captain Ramage, C/O Michael Keys, C/O Rednour and C/O Butler for failure to protect him in violation of the Eighth Amendment, is dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that Count 2, plaintiff Fabian Santiago's claim against defendant John Does 1, 2 and 3, for excessive force in violation of the Eighth Amendment, is dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Fabian Santiago's claim in Count 3, a claim against defendants C/O Michael Keys and Dr. John Doe for excessive force and failure to provide medical care in violation of the Eighth Amendment, against defendant Dr. John Doe is dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count 3 is entered in favor of defendant C/O Michael Keys and against plaintiff Fabian Santiago;

IT IS FURTHER ORDERED AND ADJUDGED that Count 4, plaintiff Fabian Santiago's claim against defendant Jonathan Walls for failure to protect in violation of the Eighth Amendment, is dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count 5, plaintiff Fabian Santiago's claim against defendant Jonathan Walls for failure to protect in violation of the Eighth Amendment, is entered in favor of defendant Jonathan Walls and against plaintiff

Fabian Santiago;

      IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count 6, plaintiff Fabian Santiago's claim against defendants C/O Raymond Cox (misnamed in the pleadings as C/O Coxs) and C/O Stephen Jines (misnamed in the pleadings as C/O Jones) for failure to provide medical care in violation of the Eighth Amendment, is entered in favor of defendants C/O Raymond Cox (misnamed in the pleadings as C/O Coxs) and C/O Stephen Jines (misnamed in the pleadings as C/O Jones) and against plaintiff Fabian Santiago; and

      IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count 7, plaintiff Fabian Santiago's claim against defendants Jonathan Walls and C/O Michael Keys for retaliation for filing grievances and lawsuits in violation of the First Amendment, is entered in favor of defendants Jonathan Walls and C/O Michael Keys and against plaintiff Fabian Santiago.


**DATED:  January 31, 2007**                               **NORBERT JAWORSKI**

                                                                               **By: s/Vicki Lynn McGuire**
                                                                                   Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**