## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FABIAN SANTIAGO, Inmate #B79716,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL NO. 02-784-JPG** |
| vs. ) | **APPEAL NO. 07-1258** |
| ) | |
| **JONATHAN R. WALLS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

**GILBERT, District Judge:**

On April 30, 2007, this Court entered an order directing the Trust Fund Officer at Stateville Correctional Center to remove monies from Plaintiff's account to pay for the appeal fees in appeal 07-1258 (Doc. 235). This order was entered pursuant to the mandate of the Seventh Circuit Court of Appeals (Doc. 225). On May 3, 2007, the Seventh Circuit entered an order waiving the filing fee in this appeal (Doc. 236).

Accordingly, the Court's April 30, 2007, order directing payment (Doc. 235) is **VACATED**. Stateville Correctional Center shall not remove any amount from Plaintiff's prison trust fund account to pay for appeal 07-1258.

The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff and to the **Trust Fund Officer at Stateville Correctional Center** *upon entry of this Order*.

**IT IS SO ORDERED.**

Dated: May 16, 2007

                                          s/ J. Phil Gilbert
                                          **U. S. District Judge**