# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| FABIAN SANTIAGO, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CIVIL NO. 02-cv–784 |
| | ) | APPEAL NO. 07-1219 and |
| JONATHAN R. WALLS, *et al.*, | ) | APPEAL NO. 07-1258 |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on Plaintiff's motion for reimbursement of filing fee (Doc. 243).

Plaintiff filed two notices of appeal in this case (Docs. 206 and 210). The first notice of appeal was assigned Case No. 07-1219 by the Seventh Circuit Court of Appeals. *See* (Doc. 212). The second notice of appeal was assigned Case No. 07-1258 by the Court of Appeals. *See* (Doc. 214). Later, the Court of Appeals determined that Plaintiff did not intend to initiate two separate appeals. *See* (Doc. 236). Consequently, the Court of Appeals waived payment of the filing fee for the second appeal, Case No. 07-1258. *Id*. Plaintiff, however, remains obligated to pay the filing fee for the first appeal, Case No. 07-1219.

This Court assessed an initial partial filing fee of $72.01 for Case No. 07-1219. *See* (Doc. 221). This Court also assessed an initial partial filing fee of $72.01 for Case No. 07-1258. *See* (Doc. 235). The order assessing the initial partial filing fee for Case No. 07-1258 was subsequently vacated and Stateville Correctional Center was directed not to remove any amount from Plaintiff's trust fund account to pay for Case No. 07-1258. *See* (Doc. 241).

To date, this Court has received a total of $75.91 from Plaintiff's trust fund account. *See*

(Docs. 224, 238, and 239). Of this amount, $1.90 has been applied to Case No. 07-1219 (Doc. 224) and $74.01 has been applied to Case No. 07-1258 (Docs. 238 and 239). In the instant motion, Plaintiff seeks to have the $74.01 applied to Case No. 07-1258 refunded to him. As noted above, though, Plaintiff is still required to pay the appellate filing fee for Case No. 07-1219. Because Plaintiff still owes the filing fee for Case No. 07-1219, the Court will direct that the money received from Plaintiff's trust fund account statement be applied to Case No. 07-1219, not to Case No. 07-1258. Therefore, Plaintiff's motion for reimbursement of the filing fee (Doc. 243) is **DENIED**.

Accordingly, the Clerk of Court is **DIRECTED** to correct and/or amend the Court's records - including, but not limited to, making any and all changes the Clerk of Court deems necessary or appropriate to docket entries 238 and 239 - to indicate that all the money received by the Court to date which was intended as payment of the appellate filing fees, be applied to Case No. 07-1219, not to Case No. 07-1258. The Clerk of Court is further **DIRECTED** to apply all future amounts received by this Court which are intended as payment of the appellate filing fee to Case No. 07-1219, not to Case No. 07-1258.

The Court further reminds the Trust Fund Account Officer at Stateville Correctional Center that he should be collecting an appellate filing fee for Case No. 07-1219 but not for Case No. 07-1258. The Clerk of Court is **DIRECTED** to mail a copy of this order to the Trust Fund Account Officer, Stateville Correctional Center, Route 53, P.O. Box. 112, Joliet, IL 60434.

**IT IS SO ORDERED.**
**DATED: March 14, 2008**

                                            s/ J. Phil Gilbert
                                              **DISTRICT JUDGE**